1 **CAROL ANN MOSES  #164193**
Attorney at Law
2 7636 N. Ingram Ave., #104
Fresno, California  93711
3 Telephone:  (559) 449-9069
4 Facsimile:    (559) 513-8530

5 Attorney for Defendant, Christopher Valenzuela

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO.  6:16-mj-00019-MJS |
|----|---|---|
| 12 | Plaintiff, | |
| 13 | v. | **STIPULATION TO ADVANCE STATUS CONFERENCE TO MAY 17, 2016; ORDER THEREON** |
| 14 | CHRISTOPHER VALENZUELA, | |
| 15 | Defendant. | |

16

17 **IT IS HEREBY STIPULATED** by and between the Defendant, CHRISTOPHER

18 VALENZUELA, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the

19 National Park Service, SUSAN ST. VINCENT, that the Status Conference in the above-

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

STIPULATION TO ADVANCE
STATUS CONFERENCE TO
MAY 17, 2016                                     1

captioned matter currently scheduled for May 18, 2016, at 10:00 a.m. be advanced to May 17, 2016, at 10:00 a.m.  Defense counsel has other cases on calendar in Yosemite on May 17, 2016.

Dated:  May 10, 2016                         /s/ Carol Ann Moses
                                             CAROL ANN MOSES
                                             Attorney for Defendant,
                                             CHRISTOPHER VALENZUELA


Dated:  May 10, 2016                         /s/ Susan St. Vincent
                                             SUSAN ST. VINCENT
                                             Acting Legal Officer
                                             National Park Service


## ORDER

The Court, having reviewed the above request HEREBY ORDERS:

The Status Conference for Defendant, Christopher Valenzuela, currently scheduled for May 18, 2016, at 10:00 a.m. shall be advanced to May 17, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 13, 2016                        /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE