1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
   Facsimile:    (559) 513-8530
4
5  Attorney for Defendant, Christopher Valenzuela

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | CASE NO.  6:16-mj-00019-MJS
12 |         Plaintiff,              |
13 |    v.                           | **STIPULATION TO CONTINUE STATUS CONFERENCE TO NOVEMBER 15, 2016; ORDER THEREON**
14 | CHRISTOPHER VALENZUELA,         |
15 |         Defendant.              |

16

17      **IT IS HEREBY STIPULATED** by and between the Defendant, CHRISTOPHER

18 VALENZUELA, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the

19 National Park Service, SUSAN ST. VINCENT, that the Status Conference in the above-

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

STIPULATION TO CONTINUE
STATUS CONFERENCE TO
NOVEMBER 15, 2016                        1

captioned matter currently scheduled for October 11, 2016, at 10:00 a.m. be continued to November 15, 2016, at 10:00 a.m. Defense counsel was recently appointed as standy-by counsel in U.S. v Dimitrios Kastis, Case 1:08-cr-00260-DAD. There is a previously scheduled motion hearing on October 11, 2016, and Mr. Kastis is unwilling to continue this hearing.

Dated: September 30, 2016        /s/ Carol Ann Moses
                                 CAROL ANN MOSES
                                 Attorney for Defendant,
                                 CHRISTOPHER VALENZUELA

Dated: September 30, 2016        /s/ Susan St. Vincent
                                 SUSAN ST. VINCENT
                                 Acting Legal Officer
                                 National Park Service

## ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

> The Status Conference for Defendant, Christopher Valenzuela, in case no. 6:16-mj-00019-MJS currently scheduled for October 11, 2016, at 10:00 a.m. shall be continued to November 15, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 3, 2016         /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE