1 **CAROL ANN MOSES #164193**
Attorney at Law
2 7636 North Ingram Avenue, Suite #104
Fresno, CA 93711
3 Telephone: (559) 449-9069
Facsimile: (559) 513-8530
4

5 Attorney for Defendant
Christopher Valenzuela
6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| UNITED STATES OF AMERICA | Case No.: 6:16-MJ-00019-MJS |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE REVIEW HEARING; TO DECEMBER 11, 2018; EXTEND PROBATION TO DECEMBER 11, 2018; CONVERT THE FINE TO COMMUNITY SERVICE; ORDER THEREON |
| CHRISTOPHER VALENZUELA | |
| Defendant | |

17    IT IS HEREBY STIPULATED by and between the Defendant, CHRISTOPHER VALENZUELA,

18 his attorney of record, CAROL ANN MOSES, and the Yosemite Legal Officer for the National Park Service,

19 SUSAN ST. VINCENT, that the Review Hearing,, currently scheduled for October 17, 2017 at 10:00 a.m. be

20 continued to December 11, 2108 at 10:00 a.m.

21    Defendant Valenzuela has a judgment for $58,000.00 against him. He is struggling to make

22 payments on the judgment, to pay for the First Offender's Alcohol Treatment Program and to make fine payments

23 ordered by this Court.

24 ///

25 ///

26 ///

27 ///

28 STIPULATION TO CONTINUE
REVIEW HEARING, EXTEND
PROBATION AND CONVERT FINE
TO COMMUNITY SERVICE

1. The Yosemite Legal Officer has no objection to converting fine payments into community service hours at the going rate of $10.00 for one hour of work. Defendant Valenzuela will do 120 hours of community service.

Defendant Valenzuela understands that the period of Probation would be continued until December 11, 2018 and that his community service hours would be due to the Yosemite Legal Office and to the Court on or before November 13, 2018.

Dated: October 14, 2017

/S/ Carol Moses
CAROL ANN MOSES
Attorney for Defendant
CHRISTOPHER VALENZUELA

Dated: October 14, 2017

/s/ Susan St. Vincent
SUSAN ST VINCENT
Yosemite Legal Officer
NATIONAL PARK SERVICE

ORDER

Based upon the parties' Stipulation in Case No.: 6:16-MJ-00019-MJS, the Court, HEREBY ORDERS AS FOLLOWS:

1. The Review Hearing currently scheduled for October 17, 2017 is continued to December 11, 2018 at 10:00 a.m.;

STIPULATION TO CONTINUE REVIEW HEARING, EXTEND PROBATION AND CONVERT FINE TO COMMUNITY SERVICE

2. Defendant Christopher Valenzuela's period of probation is extended until December 11, 2018;

3. In lieu of payment of the $1200 fine imposed by this Court, Defendant shall perform 120 hours of community service with a nonprofit organization.

4. On or before November 13, 2018, Defendant shall provide to the Court and the Yosemite Legal Officer a declaration under penalty of perjury from an independent third party confirming that Defendant has performed 120 hours of community service hours with a nonprofit.

IT IS SO ORDERED.

Dated: October 16, 2017      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE REVIEW HEARING, EXTEND PROBATION AND CONVERT FINE TO COMMUNITY SERVICE