Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER VALENZUELA,<br><br>Defendant. | DOCKET NO. 6:16-MJ-0019-JDP<br><br>**MOTION TO VACATE REVIEW HEARING AND NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON** |

Defendant, Christopher VALENZUELA, was charged with: 1) Operating a vehicle while under the influence of alcohol, or drugs, or any combination thereof, to a degree that renders the operator incapable of safe operation, in violation of Title 36 Code of Federal Regulations § 4.23(a)(1),  2) Operating a vehicle under the influence of alcohol, or drugs, or any combination hereof with alcohol concentration in the operator's blood or breath of 0.08 grams or more of alcohol per 100 milliliters of blood or 0.08 grams or more of alcohol per 210 liters of breath, in violation of Title 36 Code of Federal Regulations § 4.23(a)(2), 3) Stopping or parking a vehicle upon a park road, except as authorized by the superintendent, or in the event of an accident or other condition beyond the control of the operator, in violation of Title 36 Code of Federal Regulations § 4.13(a),  4) Driving without a valid driver's license, in violation of Title 36 Code of

1

Federal Regulations § 4.2, incorporating California Vehicle Code § 12500(a), 5) Operating a motor vehicle without due care, in violation of Title 36 Code of Federal Regulations § 4.22(b)(1).

On November 15, 2016, VALENZUELA pled guilty to the charge of Driving Under the Influence.  VALENZUELA was sentenced to 12 months of unsupervised probation with the conditions he pay a $1200 fine at a rate of $120 per month, obey all laws, report all new violations of the law to the Court, complete the First Time DUI Offender Program through the California Department of Motor Vehicles. On October 16, 2017, at the request of the parties, this court modified the terms of probation to convert the $1200 fine to 120 hours of community service to be completed on or before November 13, 2018.

On December 4, 2108 the Government filed a Notice of Probation Violation alleging VALENZUELA had failed to complete the community service.  The Government has subsequently been provided proof of substantial completion of the community service.  The Government herewith withdraws its Allegation of Probation Violation in this matter.  The Government further requests the review hearing in this matter set for December 11, 2018 be vacated.

Dated: December 6, 2018                      /S/ Susan St. Vincent
                   Susan St. Vincent
                   Legal Officer
                   Yosemite National Park, CA

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED the statement of alleged probation violation(s) in *U.S. v. Valenzuela 6:16-MJ-0019-JDP*, filed on December 4, 2018 is retracted.  The review hearing scheduled for December 12, 2018 is vacated.

IT IS SO ORDERED.

Dated:    December 7, 2018

UNITED STATES MAGISTRATE JUDGE